614

381 A.2d 905

Doner, Appellant, v. Jowitt & Rodgers Co.

Argued September 15, 1977. Stanley P. Kops, with him Avram G. Adler, for appellant; Elizabeth McKenna Iannelli, with her John J. O'Brien, Jr., for appellee.

Order affirmed.

381 A.2d 905

Evock v. Askey, Appellant.

Argued September 20, 1977. John W. Blasko, with him Grant H. Fleming, for appellant; Stephen W. Beik, with him John R. Miller, Jr., for appellee.

OPINION PER CURIAM: Judgment vacated. The case is remanded to the court below for a hearing to determine if exceptions were taken and for completion and certification of the record.